UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN TURNER,<br><br>  Plaintiff,<br><br>v.<br><br>ARRESTING OFFICER 5-30-2016, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-02413-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 2] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 9, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 23, 2017.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1   **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 11] is
2   ACCEPTED and ADOPTED in full.

3   **IT IS ORDERED** that Turner's application to proceed *in forma pauperis* [ECF No. 1] is
4   **GRANTED.**

5   **IT IS FURTHER ORDERED** that the Clerk of the Court file the complaint. [ECF No. 1-
6   1].

7   **IT IS FURTHER ORDERED** that Plaintiff is permitted to maintain the action to its
8   conclusion without the necessity of prepayment of any additional fees, costs, or security. This
9   order granting *in forma pauperis* status does not extend to the issuance of subpoenas at government
10  expense.

11  **IT IS FURTHER ORDERED** that Turner's claims against Judge Goodman, Deputy
12  District Attorney Rinetti, the State of Nevada, and the Nevada Department of Parole and
13  Propagation are **DISMISSED** with prejudice.

14  **IT IS FURTHER ORDERED** that Turner's claims against Clark County, the Las Vegas
15  Metropolitan Police Department, the Clark County Detention Center, and the Metro officer are
16  **DISMISSED** with leave to amend.

17  **IT IS FURTHER ORDERED** that the Amended Complaint must be filed by February
18  27, 2017 to avoid dismissal with prejudice.

19  **IT IS FURTHER ORDERED** that if the Amended Complaint is later filed, the Clerk of
20  the Court is directed **NOT** to issue summons on the Amended Complaint. The court will issue a
21  screening order on the Amended Complaint and address the issuance of Summons at that time, if
22  applicable. *See* 28 U.S.C. § 1915(e)(2)

23  The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: January 26, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**