# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

JOHN TURNER,

        Plaintiff,

vs.

CLARK COUNTY; *et.al.*,

        Defendants.

Case No. 2:16–cv–2413–RFB–VCF

**ORDER**

Before the court are Turner's motion to extend prison copy work (ECF No. 10) and Turner's request for production of documents (ECF No. 12). For the reasons stated below, Turner's motions are denied.

**I. Discussion**

1. <u>Motion to Extend Prison Copy Work (ECF No. 10)</u>

Turner "does not have a constitutional right to free photocopying." *Helfrich v. Neven*, No. 2:14-cv-1725-RFB-NJK, 2015 WL 1004697 at *1 (D.Nev. Mar. 5, 2015) (citing *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991)). "[A]n inmate has a right to photocopying … when, and only when necessary to guarantee him meaningful access to the courts." *Hiser v. Franklin*, 94 F.3d 1287, 1294 n. 6 (9th Cir. 1996).

NDOC administrative regulation 722.01(7)(D) states that inmates "can only accrue a maximum of $100 debt in copy work expenses for all cases, not per case." Courts in this district have ordered prisons to provide inmates with limited photocopying "when it is necessary for an inmate to provide copies to the court and other parties." *Allen v. Clark Cnty. Det. Ctr.*, No. 2:10-cv-857-RLH-GWF, 2011 WL 886343 at *2 (D.Nev. Mar. 11, 2011).

Turner has not described what additional copying he needs.  No opposing parties have been served and the court has recommended that this action be limited in scope.  (ECF No. 14)  Turner's request to extend prison copy work is denied.

2. <u>Request for Production of Documents (ECF No. 12)</u>

Docket entry number 12 is a request for production of documents made pursuant to Federal Rule of Civil Procedure 34.  "Unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court."  LR 26-8.  Docket entry number 12 is stricken from the docket.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Turner's motion to extend prison copy work limit (ECF No. 10) is DENIED.

IT IS FURTHER ORDERED that Turner's request for production of documents (ECF No. 12) is STRICKEN from the docket.

IT IS SO ORDERED.

DATED this 16th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE