# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN TURNER, | 2:16-cv-02413-RFB-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Before the Court are Plaintiff John Turner's (1) Motion for Relief (ECF No. 45) and (2) Motion for Copy (ECF No. 46). The Court has reviewed the docket for this case and makes the following observations. Pending before the Honorable Richard F. Boulware II are Turner's (1) Motion for District Judge to Reconsider Order and Allow Plaintiff to Proceed with Counts II and III of the Third Amended Complaint (ECF No. 23); (2) Objection to this Court's Report and Recommendation (ECF No. 31); and (3) Motion for District Judge to Reconsider Order (ECF No. 43). A decision on these motions will impact the motions currently before the undersigned. The Court will deny without prejudice Turner's Motion for Relief (ECF No. 45) and Motion for Copy (ECF No. 46). Once a decision is entered on the motions pending before Judge Boulware, Turner may renew his Motion for Relief (ECF No. 45) and Motion for Copy (ECF No. 46) in a manner consistent with Judge Boulware's final order.

ACCORDINGLY,

1

IT IS ORDERED that Turner's (1) Motion for Relief (ECF No. 45) and (2) Motion for Copy (ECF No. 46) are DENIED WITHOUT PREJUDICE.[1]

DATED this 28th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] Turner is advised that under Local Rule 15-1 any amended complaint that is filed with the Court MUST BE COMPLETE IN ITSELF WITHOUT REFERENCE TO PRIOR FILINGS. Any allegations, parties, or requests for relief from prior papers that are not carried forward in the amended complaint no longer will be before the court.