UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN TURNER, | Case No. 2:16-cv-02413-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

    Before the Court for consideration is the Report and Recommendation [ECF No. 105] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 22, 2019.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 5, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 105] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Defendants I. Fouquet, "D," the State of Nevada, Bonner, M. Gove, and P. Hernandez are DISMISSED from the case with prejudice.

**IT IS FURTHER ORDERED** that Counts 4 and 9 of the First Amendment Complaint (ECF No. 104) are DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that the First Amended Complaint (ECF No. 104) will proceed on Counts 1, 2 (as to G. Hoder and Diaz), 3, 5, 6, 7, and 8.

**IT IS FURTHER ORDERED** that the Clerk of Court issue summons to the remaining Defendants so Plaintiff's remaining claims may proceed.

DATED: February 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**