# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOHN TURNER,

    Plaintiff,

    v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:16-cv-02413-RFB-VCF

**ORDER**

Before the Court are Plaintiff's various motions including: Motions for Partial Summary Judgment [ECF Nos. 108, 109, 110, 114, 118], Motion for Relief [ECF No. 115], Plaintiff's Objection to Magistrate Judge's Order [ECF No. 120], Motion to be Transferred [ECF No. 121] and Motion for New Boots [ECF No.123].

The Court first finds that all of Plaintiff's motions for partial summary judgment are premature and must be dismissed without prejudice at this time. Plaintiff recently filed his seventh amended complaint. All of the Defendants have not been served and discovery has been stayed. It is therefore premature for the Court to entertain any motions for summary judgment at this juncture.

The Court also denies Plaintiff's objection and motion for relief [ECF Nos. 115 and 120]. The Court finds no legal error in these decisions.

Finally, the Court denies the motions [ECF Nos. 121 and 123] as moot as Plaintiff has left the facility where he was detained.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motions [ECF Nos. 108, 109, 110, 114, 115, 118, 120, 121 and 123] are DENIED without prejudice. Plaintiff's Objection and Appeal [ECF Nos. 115 and 120] are DENIED.

**IT IS FURTHER ORDERED** that the stay in this case is lifted.

**IT IS FURTHER ORDERED** that <u>Plaintiff shall not file any more amended complaints or dispositive motions without leave of the Court</u>. *Failure of the Plaintiff to follow this Court's order regarding filings could result in sanctions, including monetary sanctions and dismissal of this case.*

DATED: <u>September 26, 2019</u>.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**